a fresh motion. Order settled, and filed with the clerk. Held, that the preliminary objection was improperly overruled.

RHODES, Respondent, v. CLARK et al., Defendants (RUSSELL, Appellant). (City Court of New York, General Term. October 26, 1897.) Action by Benjamin T. Rhodes, Jr., against Milton Clark and others and Charles T. Russell. Hoadly, Lauterbach & Johnson, for appellant. Cantor & Van Schaick, for respondent.

PER CURIAM. The notice of dishonor sent to the appellant was sufficient. It was only necessary to notify him of the fact of the nonpayment of the notes in suit within a reasonable time after the nonpayment. Such notice was certainly given in this instance. The evidence certainly sustains the verdict, and, in our opinion, preponderates in plaintiff's favor; and therefore the judgment is affirmed, with costs.

ROGERS, Respondent, v. MENTON, Appellant. (City Court of New York, General Term. October 26, 1897.) Action by Daniel Rogers against Dennis J. Menton. James J. Fitzgerald, for appellant. Ennever & Trautman, for respondent.

CONLAN, J. This is an appeal by the defendant, Dennis J. Menton, from part of an order made at special term, which order set aside a sale of certain property under a judgment foreclosing certain mechanics' liens against real property. The affidavit shows that the services in examination of the title were worth $50, and also shows that the plaintiff was unaware that Dennis J. Menton had a wife. The order was within the power of the court, and we see no injustice in reimbursing the purchaser from the proceeds of the sale of the property. The order should be affirmed, with costs. SCHUCHMAN, J., concurs.

ROLL, Appellant, v. JACOBI et al., Respondents. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by Mary C. Roll against Theodore Jacobi and Caroline Buckholtz. No opinion. Judgment affirmed, with costs.

ROSENBAUM, Respondent, v. KOUBA, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by David Rosenbaum against John R. Kouba. A. H. Reavey, for appellant. Ludvigh & Ryttenberg, for respondent. No opinion. Affirmed, with costs.

ROSENBLUTH, Respondent, v. HAIGHT, Appellant. (Supreme Court, Appellate Term. May, 1897.) Action by Isidor Rosenbluth against Catharine Haight. John H. Rogan, for appellant. Burnham Kalisch, for respondent. No opinion. Appeal from a judgment in favor of plaintiff, and from an order denying motion for a new trial. Judgment and order affirmed upon argument. See 43 N. Y. Supp. 1163.

In re ROY. (Supreme Court, Appellate Division, Second Department. October 26, 1897.) In the matter of the application for the removal of James S. Roy, as president of the village of Wappingers Falls, for misconduct and maladministration in office. No opinion. Application denied.

RUDOWSKY, Respondent, v. MAYOR, etc., OF CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, First Department. October 8, 1897.) Action by Carl Rudowsky against the mayor, etc., of the city of New York. C. Goldzier, for appellant. G. O'Reilly, for respondent. No opinion. Order affirmed, with $10 costs and disbursements.

RUSSKAM et al., Respondents, v. CURTIS, Appellant. (Supreme Court, Appellate Division, Third Department. September 14, 1897.) Action by Isaac Russkam and others against Fred Curtis. No opinion. Motion denied, with $10 costs. See 44 N. Y. Supp. 198.

SADLIER, Respondent, v. ADLER, Appellant (two cases). (City Court of New York, General Term. October 26, 1897.) Actions by Frank X. Sadlier, as receiver, etc., against Albert S. Adler, doing business as A. S. Adler & Company. Edwin T. Taliaferro, for appellant. William I. Moran, for respondent.

PER CURIAM. The question involved in this suit was one of fact, and was decided against the defendant by the jury. We think that the weight of evidence sustained their finding, and, no error being discovered by us, the judgment must be affirmed, with costs.

SANDERSON, Respondent, v. WESTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by John S. Sanderson against Abijah Weston, impleaded, etc. No opinion. Judgment and order affirmed, with costs.

SCANLON, Respondent, v. CITY OF WATERTOWN et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. March 24, 1897.) Action by Johannah Scanlon against the city of Watertown, John Ryan, and Fred R. Avery. No opinion. Motion denied, with $10 costs. See 43 N. Y. Supp. 618.

SCHERER, Respondent, v. SMITH, Appellant. (Supreme Court, Appellate Division, Third Department. September 8, 1897.) Action by Robert G. Scherer, as assignee, etc., against Henry L. Smith, as receiver. No opinion. Judgment affirmed, with costs.

SCHUEY, Respondent, v. GARSON et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. October 15, 1897.) Action by John L. Schuey against Abraham H. Garson and Charles Garson. No opinion. Judgment and order affirmed, with costs.

SCHUSTERMAN, Respondent, v. DAVIS, Appellant. (Supreme Court, Appellate Term. October 1, 1897.) Action by William H. Schusterman against George Davis. A. L. Kalman, for appellant. L. W. Harburger, for respondent. No opinion. Affirmed, with costs, by default.